**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LAURA JOHNSON** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | |
| | § | **CIVIL ACTION NO. 4:18-cv-04616** |
| **THE LINCOLN NATIONAL** | § | |
| **INSURANCE COMPANY** | § | |
| | § | |
| **Defendant.** | § | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff Laura Johnson discloses the following list of persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities who are financially interested in the outcome of this litigation:

1. Laura Johnson
2. Porter & Powers, PLLC;
3. M. Kevin Powers.;
4. Dan Barton;
5. Robert John & Associates; and
6. The Lincoln National Insurance Company.

Respectfully submitted,

By: */s/ M. Kevin Powers*

M. Kevin Powers--*Attorney in Charge*
State Bar No. 24041715
1776 Yorktown, Suite 300
Houston, TX 77056
(713) 621-0700 (tel)
(713) 621-0709 (fax)
kevin@porterpowers.com

**OF COUNSEL:**

**PORTER & POWERS, PLLC**
1776 Yorktown, Suite 300
Houston, TX 77056
(713) 621-0700 (tel)
(713) 621-0709 (fax)

**ATTORNEYS FOR LAURA JOHNSON**