# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District District of Texas

Case Number: 4:18-CV-04616

Plaintiff:
**Laura Johnson**

vs.

Defendant:
**The Lincoln National Insurance Company**

For:
Kevin Powers
Porter & Powers, Pllc
1776 YORKTOWN ST
Suite 300
Houston, TX 77056

Received by Pronto Process (San Antonio) on the 27th day of December, 2018 at 2:33 pm to be served on **The Lincoln National Insurance Company, By Serving Its Registered Agent, Corporation Service Company, 211 East 7th Street, Suite 260, Austin, TX 78701**.

I, Erin Cuppett, being duly sworn, depose and say that on the **28th day of December, 2018** at **2:02 pm, I:**

delivered to **REGISTERED AGENT** by delivering a true copy of the **Summons/ Plaintiff's Original Complaint** with the date of service endorsed thereon by me, to: **Vanessa Hernandez, Corporation Service Company** as **Authorized Agent** at the address of: **211 East 7th Street, Suite 260, Austin, TX 78701** on behalf of **The Lincoln National Insurance Company,**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action. The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the 28th day of December, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

NICOLE M. HYBNER
My Notary ID # 129086987
Expires August 9, 2020

**Erin Cuppett**
PSC-13350, Exp. 12/31/19

**Pronto Process (San Antonio)**
**P.O. Box 7819**
**San Antonio, TX 78207**
**(210) 226-7192**

Our Job Serial Number: BBW-2018008877

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0g