**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LAURA JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NUMBER: 4:18-CV-04616** |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to the Order for Conference and Disclosure of Interested Parties (Doc. 3), the undersigned counsel for Defendant The Lincoln National Life Insurance Company certifies the following parties have, or may have, a financial interest in the outcome of this litigation:

1. Laura Johnson – Plaintiff
2. M. Kevin Powers – Counsel for Plaintiff
3. Porter & Powers, PLLC – Counsel for Plaintiff
4. The Lincoln National Life Insurance Company – Defendant
5. Lincoln National Corporation – Parent company of Defendant
6. Melissa S. Gutierrez – Counsel for Defendant
7. Jason A. Walters – Counsel for Defendant
8. Bradley Arant Boult Cummings, LLP – Counsel for Defendant

Respectfully submitted,

*s/Melissa S. Gutierrez*
Melissa S. Gutierrez (Bar No. 24087648)
BRADLEY ARANT BOULT CUMMINGS LLP
JPMorgan Chase Tower
600 Travis Street, Suite 4800
Houston, Texas 77002
713.576.0300 (phone)
713.576.0301 (facsimile)
mgutierrez@bradley.com

Jason A. Walters (*pro hac vice* pending)
BRADLEY ARANT BOULT CUMMINGS LLP
1819 5th Avenue North
Birmingham, Alabama 35203
205.521.8000 (phone)
205.521.8800 (facsimile)
jwalters@bradley.com

*Attorneys for The Lincoln National Life Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of January, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following:

M. Kevin Powers
PORTER & POWERS, PLLC
1776 Yorktown, Suite 300
Houston, Texas 77056
kevin@porterpowers.com

*s/Melissa S. Gutierrez*