| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-CV-04616 |
|---|---|---|---|
| LAURA JOHNSON | | | |
| *versus* | | | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jason A. Walters<br>Bradley Arant Boult Cummings LLP<br>1819 5th Avenue North<br>Birmingham, Alabama 35203<br>205.521.8000; jwalters@bradley.com<br>ASB-8747-O59W<br>Northern District of Alabama; n/a |

| | |
|---|---|
| Name of party applicant seeks to appear for: | The Lincoln National Life Insurance Company |

| |
|---|
| Has applicant been sanctioned by any bar association or court? Yes _______ No ✓ |
| On a separate sheet for each sanction, please supply the full particulars. |

| | |
|---|---|
| Dated: 1/29/2019 | Signed: Jason Walters |

| | |
|---|---|
| The state bar reports that the applicant's status is: | |
| Dated: | Clerk's signature |

| Order |
|---|

**This lawyer is admitted *pro hac vice.***

Dated: ______________________________

______________________________
United States District Judge