United States District Court
Southern District of Texas
**ENTERED**
January 31, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-CV-04616 |
|---|---|---|---|

LAURA JOHNSON

*versus*

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

| | |
|---|---|
| Lawyer's Name | Jason A. Walters |
| Firm | Bradley Arant Boult Cummings LLP |
| Street | 1819 5th Avenue North |
| City & Zip Code | Birmingham, Alabama 35203 |
| Telephone & Email | 205.521.8000; jwalters@bradley.com |
| Licensed: State & Number | ASB-8747-O59W |
| Federal Bar & Number | Northern District of Alabama; n/a |

| | |
|---|---|
| Name of party applicant seeks to appear for: | The Lincoln National Life Insurance Company |

Has applicant been sanctioned by any bar association or court? Yes ______ No __✓__

On a separate sheet for each sanction, please supply the full particulars.

| | |
|---|---|
| Dated: 1/29/2019 | Signed: Jason Walters |

The state bar reports that the applicant's status is: Active

| | |
|---|---|
| Dated: 1/31/19 | Clerk's signature [signature] |

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: 1/31/19

[signature]

United States District Judge