**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LAURA JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NUMBER: 4:18-CV-04616** |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

---

## JOINT STIPULATION OF DISMISSAL

---

Come now the parties, by counsel, and stipulate that this cause of action be dismissed with prejudice. In support hereof, the parties show the Court that all matters previously in dispute between them have been resolved.

WHEREFORE, the parties, by counsel, stipulate that this cause of action be dismissed with prejudice, with each party to bear its own costs and attorney fees.

Dated: June 7, 2019.

*/s/M. Kevin Powers (with permission)*
M. Kevin Powers (24041715)
PORTER POWERS
1776 Yorktown, Suite 300
Houston, Texas 77056
713.621.0700 (tel)
713.621.0709 (fax)
kevin@porterpowers.com

Dated: June 7, 2019.

*/s/Jason A. Walters*
Jason A. Walters (*pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
1819 5th Avenue North
Birmingham, Alabama 35203
205.521.8000 (tel)
205.521.8800 (fax)
jwalters@bradley.com

Melissa S. Gutierrez (Bar No. 24087648)
BRADLEY ARANT BOULT CUMMINGS LLP
JPMorgan Chase Tower
600 Travis Street, Suite 4800
Houston, Texas 77002
713.576.0300 (tel)
713.576.0301 (fax)
mgutierrez@bradley.com

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification to the following:

M. Kevin Powers
PORTER & POWERS, PLLC
1776 Yorktown, Suite 300
Houston, Texas 77056
kevin@porterpowers.com

*s/ Jason A. Walters*
OF COUNSEL