**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LAURA JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NUMBER:** |
| | ) | **4:18-CV-04616** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER OF DISMISSAL**

This matter is before the Court on the parties' Stipulation of Dismissal. The Court, having reviewed said Stipulation and being duly advised, now APPROVES same.

IT IS THEREFORE ORDERED that this cause of action is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.

It is so ORDERED.

______________________________
Date

______________________________
The Honorable Alfred H. Bennett
United States District Judge